THOMAS BOSWELL AND WILLIAM GASCOIGNE VS. *Noble James,* 1747

J. Honyman Advo pro Res

At a Court of Vice Admiralty held at Newport in s^d Colony on Saturday the 26th of December An: Dom: 1747

Present the Hon^ble W^m Strengthfield Esq^r Dep: Judge

The Court being opened

Libel, etc. was read in Court and Plea

M^r Nicholas Hall was Sworn in Court.

The Case was compromised by the Parties, and that the said N: Park would pay Costs of Court w^h he accordingly paid.

Accordingly the Court was adjourned untill further Notice.